# NO. 12-24-00156-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WILLIAM TAYLOR,*<br>*APPELLANT* | § | *APPEAL FROM THE 413TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ZACHARY STARR,*<br>*APPELLEE* | § | *JOHNSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant, William Taylor, filed an unopposed motion to set aside the trial court's judgment and remand the case for rendition of judgment according to the parties' settlement.

Texas Rule of Appellate Procedure 42.1 sets forth the actions that this Court may take in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX. R. APP. P. 42.1(a)(2). We may: (A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement. TEX. R. APP. P. 42.1(a)(2).

Accordingly, we **grant** the unopposed motion. *See* TEX. R. APP. P. 42.1(a)(2)(A). We **render** judgment **setting aside** the trial court's judgment of February 9, 2024, without regard to the merits. *See* TEX. R. APP. P. 42.1(a)(2)(B). We **remand** the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*. Costs on appeal are taxed against the party incurring same.

Opinion delivered October 23, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

1



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 23, 2024**

**NO. 12-24-00156-CV**

**WILLIAM TAYLOR,**
Appellant
V.
**ZACHARY STARR,**
Appellee

---

Appeal from the 413th District Court

of Johnson County, Texas (Tr.Ct.No. DC-C201800354)

---

THIS CAUSE came on to be heard on the Appellant's unopposed motion to set aside the trial court's judgment and remand for rendition of judgment according to the parties' settlement, and the same being considered, it is hereby ORDERED, ADJUDGED, and DECREED by this Court that the motion be **granted;** judgment is **rendered** setting aside the trial court's February 9, 2024 judgment without regard to the merits; the cause is **remanded** to the trial court for rendition of judgment in accordance with the parties' settlement agreement**,** and that the decision be certified to the court below for observance.  Costs on appeal are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*